**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JERRY KITCHENS, JR. AND COURTNEY KITCHENS** | * * | **CIVIL ACTION** |
| | * | **NO.** |
| **VERSUS** | * | |
| | * | **SECTION** |
| **ROY DYSON, BEACON TRANSPORT, LLC, and AM TRUST NORTH AMERICA INC.** | * * | |

*** * * * * * * * * * * * * * * * * * * * * * * * * ***

**<u>NOTICE OF REMOVAL</u>**

TO: The Honorable Judges of the
United States District Court for the
Eastern District of Louisiana

PLEASE TAKE NOTICE that, pursuant 28 U.S.C. §§ 1332, 1441 and 1446, AmTrust North America, Inc. (erroneously sued in the Petition for Damages), defendant in the proceeding entitled *Jerry Kitchens, Jr., and Courtney Kitchens v. Roy Dyson, Beacon Transport, LLC and Am Trust North America Inc.*, pending in Division L of Civil District Court for the Parish of Orleans, State of Louisiana and bearing docket number 2018-09222, hereby removes this proceeding to the United States District Court for the Eastern District of Louisiana.

A copy of this Notice of Removal is being served upon George Tucker, 124 SW Railroad Avenue, Hammond, Louisiana 70403 as counsel of record for plaintiffs and a copy of said Notice of Removal is being filed with the Clerk of Court for the Civil District Court of the Parish of Orleans, State of Louisiana in conformity with 28 U.S.C. § 1446 (d). Defendant appears for the purpose of removal only and for no other purpose and, reserving all right and defenses, states as follows:

I.

On September 13, 2018, plaintiffs, Jerry Kitchens, Jr. and Courtney Kitchens, filed a Petition for Damages captioned *Jerry Kitchens, Jr. and Courtney Kitchens v. Roy Dyson, Beacon Transport, LLC and Am Trust North American, Inc.*, in Civil District Court for the Parish of Orleans, State of Louisiana, which Court is within the jurisdictional boundaries of the Eastern District of Louisiana. (The Petition is attached hereto as Exhibit "A")

II.

Undersigned counsel for defendant, Am Trust North America, Inc. (erroneously named in the Petition for Damages), received a courtesy copy of the Petition for Damages on September 6, 2018, by e-mail. Service was requested on defendants, AmTrust North America, Inc. (erroneously named in the Petition for Damages), Beacon Transport, LLC, and Roy Dyson on October 2, 2018. Plaintiff requested service of AmTrust North America, Inc. through its agent for service of process, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802. Plaintiffs have also requested service on Beacon Transport, LLC, and Roy Dyson via the Louisiana Long Arm Statute. <u>No defendants have been served to date.</u>

III.

According to the allegations of the Petition, plaintiffs seek recovery of damages for bodily injury sustained during a motor vehicle accident caused by the alleged negligence of Roy Dyson (which is denied). The nature of this action is more fully stated in the attached Petition for Damages.

**BASIS FOR REMOVAL**

IV.

Removal is proper because there is complete diversity between the parties, and the amount in controversy exceeds $75,000, excluding interest and costs. 28 U.S.C. §1332 (a).

**COMPLETE DIVERSITY BETWEEN THE PARTIES**

V.

At the time of filing of said Petition and now, plaintiffs are alleged to be persons of the full age of majority domiciled in the Parish of St. Tammany and, therefore, are citizens of the State of Louisiana for diversity purposes.

VI.

Defendant, AmTrust North America, Inc., was not and is not incorporated in Louisiana and it has never had its principal place of business is in the State of Louisiana. AmTrust North America is incorporated in Delaware, and has its principal place of business in Delaware.

VII.

Defendant, Beacon Transport, LLC, was and is a limited liability company formed in the State of Tennessee, with its principal place of business in Tennessee. Its membership is composed of Stan Pritchett, an individual person of the full age of majority, who is domiciled in the State of Tennessee. Its membership is also composed of David Burns, an individual person of the full age of majority, who is domiciled in the State of Tennessee.

IX.

Defendant, Roy Dyson, alleged to be a person of full age of majority, and is domiciled in the State of Tennessee.

**AMOUNT IN CONTROVERSY**

X.

Additionally, removal is proper because the amount in controversy exceeds $75,000 exclusive of interest and costs. 28 U.S.C. § 1332(a).

XI.

Here, plaintiff, Jerry Kitchens and Courtney Kitchens allege that their claims "exceed $75,000 together with legal interest from date of judicial demand until paid and for all costs of these proceedings."

XII.

Plaintiff, Jerry Kitchens, Jr., has also alleged to have suffered the following non-exclusive damages:

1. Past, present and future medical expenses;
2. Past, present and future physical pain and suffering and bodily injury;
3. Past, present and future loss of income;
4. Past, present and future loss of enjoyment of life;
5. Past, present and future permanent injuries and disability;
6. Past, present and future diminution of income earning capacity;
7. Past, present and future loss of society;
8. Past, present and future mental anguish; and
9. Any and all other damage to be set forth at the time of the trial of this matter

XIII.

Plaintiff, Courtney Kitchens, has also alleged that she has "sustained and will sustain the loss of services and consortium of her husband, Jerry Kitchens, Jr., for which defendants are liable to plaintiff.

XIV.

Based on the allegations for damages set forth in the Petition, the above captioned civil action is therefore removable to this United States District Court pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446.

Accordingly, defendant, AmTrust North America, Inc. (erroneously sued in the Petition for Damages), asks that the above-captioned action be removed to this Court, the United States District Court for the Eastern District of Louisiana, in accordance with the provisions of 28 U.S.C. §1441, *et seq*.

Respectfully Submitted:

**PLAUCHÉ MASELLI PARKERSON, LLP**

BY: /s/ *Lauren B. Dietzen*
LAUREN B. DIETZEN (# 31444) (T.A.)
MARK YOUNG (#20432)
MEREDITH DURHAM (#33112)
3800 One Shell Square
701 Poydras Street
New Orleans, LA 70139
Tel: (504) 582-1142; Fax: (504) 582-1172
ATTORNEYS FOR AMTRUST NORTH AMERICA, INC.

**CERTIFICATE OF SERVICE**

I, Lauren B. Dietzen, do hereby certify that on this 4th day of October, 2018, I have electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/ Lauren B. Dietzen*