41st JUDICIAL DISTRICT PARISH OF ORLEANS

STATE OF LOUISIANA

**FILED**

NO. 18-9222

2018 SEP 13 P 5:04

DIVISION " " 

SECTION 6

JERRY KITCHENS JR. AND COURTNEY KITCHENS

CIVIL DISTRICT COURT

Versus

ROY DYSON, BEACON TRANSPORT, LLC and AMTRUST NORTH AMERICA, INC.

FILED

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel comes JERRY KITCHENS JR. and COURTNEY KITCHENS, persons of the full age of majority, domiciled in the Parish of St. Tammany, who respectfully represent that they are entitled to all damages as are reasonable under the premises, to wit:

1.

Made defendants herein are:

    A.)   ROY DYSON, on information and belief, a person of the full age of majority and a resident of and domiciled in the county of Shelby, Tennessee.

    B.)   AM TRUST NORTH AMERICA, on information and belief, a foreign corporation authorized and doing business in the State of Louisiana, having authorized Corporation Service Company as its agent of service.

    C.)   BEACON TRANSPORT, LLC., on information and belief, a foreign limited liability company authorized and doing business in the State of Louisiana, having authorized Pritchett Thomas as its agent of service.

    D.)   LYNDON SOUTHERN INSURANCE COMPANY, on information and belief, a foreign insurance company authorized and doing business in the State of Louisiana, having authorized Louisiana Secretary Of State as its agent of service.

On or about July 2, 2018, plaintiff, JERRY KITCHENS JR., was the driver in a 2005 Ford F150 traveling in the second from right lane of Interstate 610 at which time the vehicle driven by defendant, ROY DYSON, and owned by BEACON TRANSPORT, LLC. stopped negligently and without warning, causing the vehicle driven by Mr. Kitchens to violently, strike defendants' vehicle from behind. The plaintiff, JERRY KITCHENS JR., suffered injuries as a result of the accident.

3.

At all times pertinent herein, JERRY KITCHENS JR. was free from any comparative




fault on his part.

**4.**

Upon information and belief, said accident was due solely to the negligence of defendant, **ROY DYSON**, which negligence consisted particularly, but not limited to the following ostensible acts of negligence, to-wit:

 A.) Failing to obey the traffic rules, signs, regulations, ordinances and laws in full force and in effect at the time and place of the accident;

 B.) Failing to maintain a proper outlook and to see that which he should have seen and to act prudently and diligently after seeing that which he did see;

 C.) Failing to bring the vehicle to a stop before causing the accident and inflicting the injuries and damages of which plaintiff complains herein; and

 D.) All other acts of negligence and/or fault will be set forth at the trial of this matter.

**5.**

Petitioner alleges on information and belief, that at all pertinent times vehicle driven with permission by defendant, **ROY DYSON**, owned by **BEACON TRANSPORT, LLC.** was insured by defendant, **AMTRUST NORTH AMERICA, INC.**, which policy was then in full force and effect relevant to the injuries described of herein.

**6.**

Upon information and belief, said accident transpired while the defendant, **ROY DYSON**, who was acting in the course and scope of his employment with **BEACON TRANSPORT, LLC** thereby making **BEACON TRANSPORT** liable for the aforementioned ostensible acts of negligence, based on:

Respondent superior/employer-employee relationship.

**7.**

Plaintiffs allege that as a result of the negligence of Defendant, **ROY DYSON**, they have sustained injuries. Plaintiff, **JERRY KITCHENS JR.**, sought medical treatment for his injuries and sustained various medical bills incidental thereto. Plaintiff further contends that defendants are indebted unto him for reasonable damages in premises in connection with the accident and past and future medical expenses.

**8.**

As a direct and proximate result of the negligence of Defendant, **ROY DYSON**, plaintiff,

JERRY KITCHENS JR., suffered the following non-exclusive damages;

1) Past, present and future medical expenses;
2) Past, present and future physical pain and suffering and bodily injury;
3) Past, present and future loss of income;
4) Past, present and future loss of enjoyment of life;
5) Past, present and future permanent injuries and disability;
6) Past, present and future diminution of income earning capacity;
7) Past, present and future loss of society;
8) Past, present and future mental anguish; and
9) Any and all other damages to be set forth at the time of the trial of this matter.

9.

As a direct and proximate result of the negligent and severe injuries caused to Plaintiff, JERRY KITCHENS JR., by the Defendant, ROY DYSON, Plaintiff, COURTNEY KITCHENS, sustained and will sustain the loss of services and consortium of her husband, JERRY KITCHENS JR., for which the defendants are liable to plaintiff.

10.

Plaintiffs' claims exceed $75,000.00 together with legal interest from date of judicial demand until paid and for all costs of these proceedings.

11.

Petitioners aver that all expert fees required in the trial of this matter should be assessed as costs and that defendants should be cast in judgment for said costs.

12.

WHEREFORE, Petitioners, JERRY KITCHENS JR. and COURTNEY KITCHENS pray that the Defendants, ROY DYSON, BEACON TRANSPORT, LLC., AM TRUST NORTH AMERICA, INC. and LYNDON SOUTHERN INSURANCE COMPANY be duly cited to appear and answer this petition in the manner prescribed by law and as the law directs; that after all legal delays and due proceedings had, there be judgment herein in favor of the plaintiffs and against defendants, individually and in solido for reasonable damages in the premises, with legal interest thereon from date of judicial demand until paid, and for all costs of court.

Petitioners further pray for all general and equitable relief in the premises.

Respectfully Submitted:

BY: _____
George R. Tucker (#24235)
Tucker Law Firm
124 SW Railroad Avenue
Hammond, Louisiana 70403
Telephone: (985) 542-5221
Facsimile: (985) 542-9394

**PLEASE SERVE:**

PLEASE SERVE VIA LONG ARM STATUTE
ROY DYSON
6508 Ballantrace
Memphis, TN

AM TRUST NORTH AMERICA, INC.
Through its Agent for Service:
Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA 70802

PLEASE SERVE VIA LONG ARM STATUTE
BEACON TRANSPORT, LLC
Through its Agent for Service:
Pritchett Thomas
949 Tyne Blvd.
Nashville, TN 37220-1506

LYNDON SOUTHERN INSURANCE COMPANY
Through its Agent for Service:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809